ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 16 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-14CR-080-A |
| MICHAEL ALAN ASHLEY (01) | |

The Grand Jury Charges:

INDICTMENT

Count One
Failure to Register as a Sex Offender
(Violation of 18 U.S.C. § 2250)

In or about December 2009, in the Fort Worth Division of the Northern District of Texas, defendant, **Michael Alan Ashley**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act (Adam Walsh Act), knowingly failed to maintain and update his Sex Offender Registration as required; specifically, after having been convicted of Taking Indecent Liberties With Children in the State of North Carolina and initially registered as a sex offender, the defendant traveled in interstate and foreign commerce from Hawaii to Texas and failed to register and update his Sex Offender Registration.

In violation of 18 U.S.C. § 2250.

A TRUE BILL.

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street, 17th Floor
Fort Worth, Texas   76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

MICHAEL ALAN ASHLEY (01)

INDICTMENT

18 U.S.C. § 2250

Failure to Register as a Sex Offender

(1 COUNT)

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 16th day of April, A.D. 2014.

Warrant to Issue.

_____
UNITED STATES MAGISTRATE JUDGE